# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00531-CV

---

## M. D., Jr. and C. A., Appellants

**v.**

## Texas Department of Family and Protective Services, Appellee

---

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 18-0752, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant C.A., appearing pro se, seeks to appeal from the trial court's final judgment terminating her parental rights. The record indicates that C.A. may be indigent and entitled to the appointment of counsel to represent her in this appeal.[1] *See In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (explaining that "[i]n Texas, there is a statutory right to counsel for indigent persons in parental-rights termination cases," (citing Tex. Fam. Code § 107.013)).

On our own motion, we abate this appeal and remand to the trial court for further proceedings. We instruct the trial court to determine whether C.A. is indigent and entitled to the appointment of counsel. The trial court is also directed to hold any hearings it deems necessary

---

[1] The record shows that the child's other parent, appellant M.D., Jr., has been appointed counsel to represent him in this appeal.

to comply with this order and to require C.A., prior to any hearing to determine her indigence, to file an affidavit of indigence in accordance with Rule 145(b) of the Texas Rules of Civil Procedure. *See* Tex. Fam. Code § 107.013(d). Any such hearings shall be recorded and a supplemental reporter's record containing these hearings shall be filed with the Clerk of this Court on or before January 29, 2021. Should the trial court determine that C.A. is indigent and entitled to appointment of counsel, the trial court is directed to appoint counsel and provide counsel's name, address, telephone number, and state bar number to the Clerk of this Court immediately upon appointment. Any orders issued by the trial court, including findings of fact and conclusions of law, shall be included in a supplemental clerk's record filed with the Clerk of this Court on or before January 29, 2021.

It is ordered on January 8, 2021.


Before Justices Goodwin, Triana, and Kelly

Abated and Remanded

Filed: January 8, 2021